**UNITED STATES of America Plaintiff-Appellee**

v.

**Jose Eduardo VICTOR, also known as Junior, also known as Jose Eduardo Muratalla Defendant-Appellant**

No. 17-2322

United States Court of Appeals, Eighth Circuit.

Submitted: February 9, 2018

Filed: February 12, 2018

District of Missouri.

Daniel C. Tvedt, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Iowa, Cedar Rapids, IA, for Plaintiff-Appellee

Jose Eduardo Victor, Pro Se

Before GRUENDER, MURPHY and SHEPHERD, Circuit Judges.

PER CURIAM.

Jose Eduardo Victor appeals after the district court[1] revoked his supervised release, and sentenced him to 18 months in prison and 3 years of supervised release. His counsel has filed a brief challenging the substantive reasonableness of the revocation sentence.

Upon careful review, we conclude that the sentence was not substantively unreasonable. See United States v. Merrival, 521 F.3d 889, 890 (8th Cir. 2008) (abuse-of-discretion review); see also United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (district court acted well within its broad discretion in imposing above-Guidelines revocation sentence where it considered appropriate 18 U.S.C. § 3553(a) factors, sufficiently explained reasoning for variance, and imposed sentence within statutory limits).

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.